JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHATAN MAULTSBY,

        Plaintiff

    v.

TIMOTHY CONFER, et al.,

        Defendants.

Case No. 5:17-cv-00539-DOC (GJS)

**JUDGMENT**

    Pursuant to the Court's Order Dismissing Action Without Prejudice,

    IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: August 9, 2018.

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE